IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL INSTRUMENT DEVELOPMENT LABORATORIES, INC., | No. C 05-1138 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALCON LABORATORIES, INC., | |
| Defendants. | |

On April 4, 2005, Defendant Alcon Laboratories, Inc. ("Defendant") filed a motion to dismiss in the above-captioned case. Defendant originally noticed oral argument on its motion for May 10, 2005, but then re-noticed oral argument for June 14, 2005. Pursuant to the Civil Local Rules, Plaintiff's opposition to Defendant's motion was due no later than May 24, 2005. As of the date of this order, Plaintiff has failed to file any opposition or statement of non-opposition. Plaintiff must show cause in writing, by June 1, 2005, why no opposition or statement of non-opposition has been filed. Plaintiff's opposition must also be filed by June 1, 2005. Defendant's reply, if any, is now due on June 8, 2004. Oral argument on Defendant's motion, currently scheduled for June 14, 2005 is hereby re-scheduled for June 21, 2005 at 9:30 a.m in Courtroom 11.

**IT IS SO ORDERED.**

Dated: May_25_, 2005

/S/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE