```
1   JOAN M. HARATANI, State Bar No. 118221
    BENJAMIN P. SMITH, State Bar No. 197551
2   WILLIAM W. FRIEDMAN, State Bar No. 215185
    MORGAN, LEWIS & BOCKIUS LLP
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:      415.442.1000
    Fax:      415.442.1001
5   Email:    jharatani@morganlewis.com
              bpsmith@morganlewis.com
6             wfriedman@morganlewis.com

7   Attorneys for Defendant
    ALCON LABORATORIES, INC.
8


10  MARK B. FREDKIN, State Bar No.: 53550
    WILLIAM SIAMAS, State Bar No.: 133111
    MORGAN, FRANICH, FREDKIN & MARSH
11  99 Almaden Boulevard, Suite 1000
    San Jose, CA  95113-1606
12  Telephone:    (408) 288-8288
    Facsimile:    (408) 288-8325
13
    Attorneys for Plaintiff
14  MEDICAL INSTRUMENT DEVELOPMENT
    LABORATORIES, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL INSTRUMENT DEVELOPMENT LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALCON LABORATORIES, INC., a Delaware corporation and DOES 1-50,<br><br>Defendant. | Case No. C05 1138 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM COURT-SPONSORED ADR AND ALLOWING THE PARTIES TO PURSUE PRIVATE MEDIATION PURSUANT TO ADR RULE 3-4(b)**<br><br>Judge:    Hon. Martin J. Jenkins |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Medical Instrument Development Laboratories, Inc. ("MIDLabs") and defendant |
| 3 | Alcon Laboratories, Inc. ("Alcon") hereby submit the following Joint Stipulation and [Proposed] |
| 4 | Order Removing Case From Court-Sponsored ADR and Allowing the Parties to Pursue Private |
| 5 | Mediation Pursuant to A.D.R. Rule 3-4(b). |
| 6 | **WHEREAS**, June 2, 2005, the parties originally filed a Stipulation and Proposed Order |
| 7 | selecting court-sponsored mediation on [Docket No. 16]. |
| 8 | **WHEREAS**, on June 9, 2005, this Court issued an Order Referring Case to Mediation |
| 9 | [Docket No. 19]. |
| 10 | **WHEREAS**, on June 20, 2005, this Court issued an ADR Clerk's Notice Appointing Mr. |
| 11 | Mark F. Katz as mediator [Docket No. 23]. |
| 12 | **WHEREAS**, the parties have conferred and agree that the case will most likely reach an |
| 13 | out-of-court resolution if the parties mediate the dispute before an agreed-upon, private mediator. |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

1-SF/7249620.1    1.    Case No. C05 1138 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM COURT-SPONSORED ADR AND
ALLOWING THE PARTIES TO PURSUE PRIVATE MEDIATION PURSUANT TO ADR RULE 3-4(b)

## THE PARTIES HEREBY STIPULATE

The parties hereby stipulate to mediate the above-captioned case before a mutually agreed-upon mediator from JAMS in San Francisco, or any other mediator that the parties agree upon.

The parties will share equally all costs of the mediation.

The mediation is to be completed within 90 days of the entry of this order.

Dated: June 24, 2005                MORGAN, FRANICH, FREDKIN & MARSH

By: //s// William Siamas
    William Siamas
Attorneys for Plaintiff
MEDICAL INSTRUMENT DEVELOPMENT
LABORATORIES, INC.

Dated: June 24, 2005                MORGAN, LEWIS & BOCKIUS LLP

By: //s// William W. Friedman
    William W. Friedman
Attorneys for Defendant
ALCON LABORATORIES, INC.

**IT IS SO ORDERED.**

Dated: June 28, 2005                /s/
                                    HONORABLE MARTIN J. JENKINS
                                    United States District Court Judge
                                    Northern District Of California

APPROVED - Judge Martin J. Jenkins - United States District Court, Northern District of California

1-SF/7249620.1          2.          Case No. C05 1138 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM COURT-SPONSORED ADR AND ALLOWING THE PARTIES TO PURSUE PRIVATE MEDIATION PURSUANT TO ADR RULE 3-4(b)