1    JOAN M. HARATANI, State Bar No. 118221
     BENJAMIN P. SMITH, State Bar No. 197551
2    WILLIAM W. FRIEDMAN, State Bar No. 215185
     MORGAN, LEWIS & BOCKIUS LLP
3    One Market, Spear Street Tower
     San Francisco, CA 94105-1126
4    Tel:       415.442.1000
     Fax:      415.442.1001
5    Email:    jharatani@morganlewis.com
             bpsmith@morganlewis.com
6                wfriedman@morganlewis.com

7    Attorneys for Defendant
     ALCON LABORATORIES, INC.

8

9    MARK B. FREDKIN, State Bar No.: 53550
     WILLIAM SIAMAS, State Bar No.: 133111
10   MORGAN, FRANICH, FREDKIN & MARSH
     99 Almaden Boulevard, Suite 1000
11   San Jose, CA 95113-1606
     Tel       408.288.8288
12   Fax:      408.288.8325
     Email:   mfredkin@mffmlaw.com
13             wsiamas@mffmlaw.com

14   Attorneys for Plaintiff
     MEDICAL INSTRUMENT DEVELOPMENT
15   LABORATORIES, INC.

16                 **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18

19   MEDICAL INSTRUMENT          Case No. C05 1138 MJJ
     DEVELOPMENT LABORATORIES,
20   INC., a California corporation,       **JOINT STIPULATION AND [PROPOSED]**
                                    **ORDER EXTENDING TIME TO**
21             Plaintiff,         **MEDIATE TO OCTOBER 28, 2005**

22             vs.                Judge:      Hon. Martin J. Jenkins
23   ALCON LABORATORIES, INC., a
     Delaware corporation and DOES 1-50,
24
            Defendant.
25

26

27

28

   1-SF/7271473.1                                           Case No. C05 1138 MJJ

## **STIPULATION**

Plaintiff Medical Instrument Development Laboratories, Inc. ("MIDLabs") and defendant Alcon Laboratories, Inc. ("Alcon" or with MIDLabs, the "Parties") hereby submit the following Joint Stipulation and [Proposed] Order Extending the Time to Mediate to October 28, 2005.

**WHEREAS,** pursuant to the Court's June, 28, 2005 Order [Docket No. 25], the Parties had until September 26, 2005 to mediate this case before a mutually agreed-upon mediator from JAMS in San Francisco.

**WHEREAS**, pursuant to the Court's June, 28, 2005 Order, the Parties selected Judge William Cahill of JAMS to mediate this case.

**WHEREAS**, due to Judge Cahill's limited availability and the Parties' schedules, the first available date to mediate the case for all concerned is October 28, 2005.

## THE PARTIES HEREBY STIPULATE

The Parties hereby stipulate to extend the time to mediate this case to October 28, 2005.


Dated:  August 15, 2005                    MORGAN, FRANICH, FREDKIN & MARSH


By:  //s// William Siamas
　　　　　　　　　William Siamas
Attorneys for Plaintiff
MEDICAL INSTRUMENT DEVELOPMENT
LABORATORIES, INC.


Dated:  August 15, 2005                    MORGAN, LEWIS & BOCKIUS LLP


By:  //s// William W. Friedman
　　　　　　　　　William W. Friedman
Attorneys for Defendant
ALCON LABORATORIES, INC.


**IT IS SO ORDERED.**


Dated:  August 16 , 2005

HONORABLE MARTIN J. JENKINS
United States District Court
Northern District Of California

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEDIATE TO OCTOBER 28, 2005

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On August 15, 2005, I served the within documents:

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO MEDIATE TO OCTOBER 21, 2005**

☒ by transmitting via **E-Mailing** document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via **E-Filing** the document(s) listed above to the person(s) at the address(es) set forth below.

| Party | Represent | Service |
|---|---|---|
| Mark B. Fredkin, Esq<br>William Siamas, Esq.<br>MORGAN FRANICH, FREDKIN & MARSH<br>99 Almaden Boulevard, Suite 1000<br>San Jose, CA 95113-1606<br>Tel:     408/288-8288<br>**Fax:    408/288-8325** | Plaintiff , Medical Instrument Development Laboratories, Inc. | E-Filing |
| Rebecca Tatlonghari, Case Manager<br>ADR Program<br>450 Golden Gate Ave.<br>16th Floor, Room 16-6892<br>San Francisco, CA<br>Tel:     415/522-2180<br>**Fax:    415/552-4112**<br>**email:  Becky_Tatlonghari@cand.uscourts.gov** | ADR Case Manager | E-Mail |

Executed on August 15, 2005, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

/s/ Linda Buda
_____
Linda Buda

1-SF/7271473.1

Case No. C05 1138 MJJ

PROOF OF SERVICE