JOAN M. HARATANI, State Bar No. 118221
BENJAMIN P. SMITH, State Bar No. 197551
WILLIAM W. FRIEDMAN, State Bar No. 215185
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: jharatani@morganlewis.com
bpsmith@morganlewis.com
wfriedman@morganlewis.com

Attorneys for Defendant
ALCON LABORATORIES, INC.

MARK B. FREDKIN, State Bar No. 53550
WILLIAM SIAMAS, State Bar No. 133111
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, CA 95113-1606
Tel: 408.288-8288
Fax: 408.288-8325
Email: mfredkin@mffmlaw.com
wsiamas@mffmlaw.com

Attorneys for Plaintiff
MEDICAL INSTRUMENT DEVELOPMENT
LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL INSTRUMENT DEVELOPMENT LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALCON LABORATORIES, INC., a Delaware corporation and DOES 1-50,<br><br>Defendant. | Case No. C05 1138 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALCON LABORATORIES, INC. TO FILE A RESPONSIVE PLEADING**<br><br>Judge: Hon. Martin J. Jenkins<br>Court: Courtroom 11, 19th Floor |

# STIPULATION

Plaintiff Medical Instrument Development Laboratories, Inc. ("MID Labs") and defendant Alcon Laboratories, Inc. ("Alcon," together with MID Labs, the "Parties") hereby submit the following Joint Stipulation and [Proposed] Order Extending Time for Defendant Alcon Laboratories, Inc. to File a Responsive Pleading.

# RECITALS

**WHEREAS**, on September, 9, 2005, MID Labs filed and served its First Amended Complaint [Docket No. 33];

**WHEREAS**, after reviewing MID Labs' First Amended Complaint, Alcon has concluded that it will likely file a Motion to Dismiss, or in the Alternative, Motion to Strike;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a), Alcon's responsive pleading is due on September 29, 2005;

**WHEREAS,** the Parties are scheduled to conduct a full-day mediation before the Honorable William Cahill (Ret.) on October 28, 2005 to attempt to resolve the Parties' dispute;

**WHEREAS**, the Parties have met and conferred and agree that the time for Alcon to file a responsive pleading should be extended to allow the Parties to resolve this action through mediation, and to conserve both the Parties' and the Court's resources.

//
//
//
//
//
//
//
//
//
//
//

1-SF/7287564.1    2.    Case No. C05 1138 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALCON LABORATORIES, INC. TO FILE A RESPONSIVE PLEADING

## STIPULATION AND [PROPOSED] ORDER

The Parties hereby stipulate that Alcon shall be granted an extension of time to file its responsive pleading to allow the Parties to resolve this action through mediation. Alcon's responsive pleading must be filed and served no later than 20-days after the Parties complete mediation before the Honorable William Cahill (Ret.).

Dated: September 19, 2005           MORGAN, FRANICH, FREDKIN & MARSH

                                    By: //s// William Siamas
                                           William Siamas
                                    Attorneys for Plaintiff
                                    MEDICAL INSTRUMENT DEVELOPMENT
                                    LABORATORIES, INC.

Dated: September 19, 2005           MORGAN, LEWIS & BOCKIUS LLP

                                    By: //s// William W. Friedman
                                           William W. Friedman
                                    Attorneys for Defendant
                                    ALCON LABORATORIES, INC.

**IT IS SO ORDERED.**

Dated: September 23, 2005           _____
                                    HONORABLE MARTIN J. JENKINS
                                    United States District Court Judge
                                    Northern District Of California